**UNITED STATES DISTRICT COURT**

**DISTRICT OF SOUTH CAROLINA**

**ORANGEBURG DIVISION**

UNITED STATES OF AMERICA

vs.

CASE NO. 5:21-841

DAVID CORTEZ MARSHALL, JR.

**PLEA**

The Defendant, DAVID CORTEZ MARSHALL, JR., acknowledges receipt of a copy of the

Information and after arraignment pleads GUILTY in open court.

_____
(Signed)    Defendant

Columbia, South Carolina
January 27, 2022