# USA v. David Cortez Marshall
## 5:21-cr-00841
### Character Reference Letters

Shane Wall – Senior Pastor of The Feast Of The Lord

Josh Raiborde – Family Friend

 

290 Broughton St. | Orangeburg, SC 29115 | (803) 516-8939 | www.tfotl.com

May 31, 2022

The Honorable Mary Geiger Lewis
United States District Court
901 Richland Street
Columbia, SC 29201

Greetings, Judge Geiger Lewis,

I am Dr. Shane Wall, the Senior Pastor of The Feast of the Lord, a congregation in Orangeburg, SC, and I have been Mr. David Marshall's pastor for over ten years. I remember the first church service David attended because it's usually unconventional to see men wearing hats during a Sunday morning service. Yet, seated close to the front of the church, was David — wearing a youthful brimmed hat. (His home church in Kansas City, MO was a mega ministry, and it was common for young men to occasionally wear hats in their large sanctuary).

After service, he was in line with the other guests that I was to meet for the first time. He wore a big smile and said how much he enjoyed the service and sermon that morning. He also said that he was a student at Claflin University. Later, a member told me that David was a Presidential Scholar at the University, and David confirmed. We've had dozens of University students visit our church once or twice, but David continued to visit and joined shortly after his first visit. During one of our General Sessions Membership meetings, I asked if anyone would accept the task of creating a calendar for the church. Surprisingly, David raised his hand to offer his skill set. I had no clue that this would be the beginning of David working very closely with our church's administrative team.

David presented several ideas for advancing the outreach of our ministry through technology to our Board of Directors. After his ideas were agreed upon and funded by the board, he implemented each project perfectly. Our board members were so impressed with David's work methods and ethics that he was unanimously voted in as a board member when a seat became available.

When I was inspired to write my second book, I asked David if he would help me with editing. We worked together on an editing team for several weeks. I was urged by an international Christian television program, Sid Roth's It's Supernatural, to write my third book directly after they received my second book. Since I had spent all that I had budgeted on professionally producing my second book, I asked David for his help with the third book. He took the time to selflessly learn how to use typesetting software to design the interior of the book. Being that he was already very familiar with photo editing software, he also created the full cover system for the book as well. From the moment I was urged to write this third book, David and I worked tirelessly to get the book written, edited, and published within only three weeks' time. That book, *The Supernatural Guide to Understanding Angels*,

became a #1 Bestseller on Amazon. My second book, *Understanding, All Success is Attained by It*, became a #8 Bestseller on Amazon.

Sid Roth and his team accepted both books on their program, which garnered opportunities for me to speak on local, state, national, and international platforms. When David did not have a prior commitment, he would travel with me to set up audio, video, and payment systems for my remote speaking engagements and conferences, including my product table. We worked very well together, and I never had an issue with any funds being unaccounted for.

David would often visit me and my wife, Jasmyne, in our home. He was extremely helpful when we had our first child, Joshua. He would change his diapers, feed him, babysit him, etc. During several of those visits, Ashlee, another young member of our church, would also visit. They became friends and later got engaged during one of our Sunday morning services. After their son, Aiden, was born, David and Ashlee asked my wife and me to be Aiden's guardians, should their untimely death occur. We readily and joyfully accepted.

During each of our several meeting times about his case (at least once, weekly, since I became aware of his circumstance), he has always shown genuine remorse for his actions, which was coupled with why he was remorseful — his actions were totally uncalled for, and he hurt his family, fellow church members, and a lot of people in the community. In recent conversations with David, he has also been expressing his determination to pay back every cent to the school district and the company — who both suffered losses due to his actions. David has also expressed to me that he knows that he is still responsible for paying back the money, and he is driven to pay it all back as well. I am confident that he will. Our church is prayerfully supporting David, and we will dearly miss his company, jokes, brilliant ideas, and consistent willingness to be our go-to person who always solves our occasional major and minor technology problems.

Thank you for allowing me to share.

Respectfully submitted,

*Shane Wall*

Shane Wall, D.D.
Senior Pastor, The Feast of the Lord

May 30, 2022

The Honorable Mary Geiger Lewis
United States District Court
901 Richland Street
Columbia, SC 29201

Re: David C. Marshall Jr.

Judge Lewis,

My name is Josh Raiborde. It is my understanding that you are the presiding judge in the case involving David C. Marshall Jr. I submit this letter to you so that you might consider my knowledge of this individual before making a decision regarding his sentencing.

I've known David since at least 2011. I can't tell you the specific date I met him but I'm sure it was at a church meeting, either at the church he attends, Feast of the Lord, or at the church I attend, International Family Church but regardless of the date and place, David and I had an instant connection.

Whenever I see David, he is usually with Pastor Shane Wall. David is Pastor Shane's righthand man. Always making thing happen for Pastor Shane, by prepping his PowerPoint Sermons, mixing the sound, setting up the camera(s) for broadcast, his IT guy, etc. I'd say, you name it and David has done his best to serve.

See, that's why David and I had an instant connection. I love helping my church, doing whatever I can and serving in any way I can to further the Gospel. I knew in the first couple of minutes of talking to David, that he had a heart of a servant, and still does.

Whenever we're at the same church meeting or conference, we always make it a point to find each other. And even though we are connected to each other on social media, it is always so great to see David in person. There's a bro-hug, which involves squeezing the breath out of me, and at least a good 10-20 minutes and even a couple of times, it's been an hour of catching up. David shares about what's going on in his life, how his wife, Ashlee is doing and all the new things his little baby boy, Aiden, is doing. His love for his family is so incredible.

We eventually get to exchange some tech-stories and his stories are so much better than mine because they're mind-blowing, like the amazing deal that he found on Amazon for a very nice tripod for the video camera at his church, and all the things he did to make their church service live stream and broadcast worthy, which included the sound and lights.

I remember a couple of instances during an event at my church, International Family Church, we needed some help running the sound and another time the video camera because of some reason, the person(s) assigned could not make it. It just so happen to be that David was

attending the event. I went up to him and asked if he could fill in, and WITH NO HESITATION, David filled in the position. What an amazing guy. David has a desire to serve, the courage to act and the ability to perform.

David puts in his heart and soul to serve his local community, and which indirectly, impacts the world. I truly wish I had a character like David's, to give all and put out the best.

Judge Lewis, if there was ever an individual who could contribute to society by community service and good deeds, David C. Marshall Jr. is that individual.

I genuinely hope that I have helped you come to know David C. Marshall Jr. better on a personal level, and also trust that you will give consideration to my comments when rendering your decision.

Sincerely,

*[signature]*

Josh Raiborde.